■ In the Matter of GEORGE DeVITO, Petitioner, v FRANK J. CULROSS, Respondent. [633 NYS2d 76] —Proceeding pursuant to CPLR article 78 to review a determination of the City Manager of the City of Rye, New York, dated March 3, 1994, which, after a hearing, found the petitioner guilty, *inter alia,* of insubordination, and imposed a penalty of reprimand.

Adjudged that the determination is confirmed and the proceeding is dismissed on the merits, with costs.

There was substantial evidence in the record to support the

determination of the respondent finding the petitioner guilty of insubordination and related charges *(see,* CPLR 7803 [4]; *Matter of Pell v Board of Educ.,* 34 NY2d 222; *People ex rel. Vega v Smith,* 66 NY2d 130).

A police force is a quasi-military organization demanding strict discipline *(see, Matter of De Bois v Rozzi,* 114 AD2d 848). Despite the petitioner's many years of dedication to the City of Rye Police Department, his failure to obey a lawful order of a superior officer and showing of disrespect to said superior officer in front of subordinate officers and nonmembers of the police force cannot be sanctioned since such behavior poses a serious threat to the discipline and efficiency of the police force *(see, Richichi v Galligan,* 136 AD2d 616). Bracken, J. P., Santucci, Joy and Friedmann, JJ., concur.